ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

FILED

JUN 11 2009

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 6:09-bk-13616-TD |
| **VERONICA ANN LEAHY** | |
| | TRUSTEE'S REPORT |
| **DENNIS PATRICK LEAHY** | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is $ **00.00** per month.

Spouse/other net income is $ **6,071.00** per month.

Debtor's Budget shows $ **550.00** disposable income.

Debtor proposed to pay $ ***550.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **13.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

***PLAN PAYMENT IS $150.00 FOR MONTH 1 OF THE PLAN AND $550.00 PER MONTH THEREAFTER. THE DEBTORS SURRENDER ANY AND ALL INTEREST IN THE 2005 SUBARU TO JPMORGAN CHASE BANK. DEBTORS' PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTORS RESERVE THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Dated: June 10, 2009

_____
Rod Danielson, Chapter 13 Trustee

**ORIGINAL**